1  ANDREW D. CASTRICONE (SBN 154607)
   acastricone@gordonrees.com
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone:   (415) 986-5900
4  Facsimile:   (415) 262-3726

5  Attorneys for Defendant PRINSCO, INC.
   and Specially Appearing for Unserved
6  Defendant Rodrigo Salido

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| LEONARD WAYNE AYALA, | ) CASE NO. 16-cv-06250 WHO |
|---|---|
| Plaintiff, | ) **ORDER ON** |
| vs. | ) **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| PRINSCO, INC.; USP HOLDINGS CORPORATION, RODRIGO SALIDO, DOES ONE through TWENTY, | ) |
| Defendants. | ) |

In accordance with the parties' Stipulation to Dismiss with prejudice filed herein,

IT IS HEREBY ORDERED that the captioned matter shall be dismissed in its entirety.

The dismissal is with prejudice, and each party is to bear its own fees and costs.

Dated: December __9__, 2016

_____
Hon. William H. Orrick
United States District Judge

1127452/30684910v.1

ORDER GRANTING JOINT STIPULATION TO DISMISS          Case No. 16-06250 WHO